UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTELLE FORD : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 13-cv-1960 (RMC) |
| v. : | Judge Rosemary M. Collyer |
| : | |
| THE DISTRICT OF COLUMBIA et al. : | |
| : | |
| Defendants. : | |
| : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shantelle Ford, and Defendants John Paprcka and James Bovino, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this matter is **DISMISSED WITH PREJUDICE** as to the above-named Defendants, each party to bear its own costs.

Respectfully Submitted,

| | |
|---|---|
| */s/ John F. Pressley Jr., Esq.* | KARL A. RACINE |
| John F. Pressley, Jr., Esq. | Attorney General for the District of Columbia |
| 7600 Georgia Ave., N.W., Suite 412 | |
| Washington, D.C. 20012 | GEORGE C. VALENTINE |
| (202) 723-8800 | Deputy Attorney General, Civil Litigation Division |
| | |
| | */s/ Michael K. Addo* |
| | MICHAEL K. ADDO [1008971] |
| | Chief, Civil Litigation Division, Section IV |
| *Attorney for Plaintiff* | |
| | */s/   Portia M. Roundtree* |
| | PORTIA M. ROUNDTREE [1015255] |
| | Assistant Attorney General |
| | 441 4TH Street, NW, Suite 600 South |
| | Washington, D.C.  20001 |
| | 202-442-9891 |
| | Portia.roundtree@dc.gov |
| | |
| | *Counsel for Defendants Paprcka and Bovino* |